PK




UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JAN 1 1 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Akeem Simmons

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart

C.O. Chavez

C.O. Dodovich

C.O. Vorgit

C.O. Orona

C.O. Krczminski

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

1:18-cv-00237
Judge Robert W. Gettleman
Magistrate Judge Sidney I. Schenkier
PC6

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Akeem Simmons

   B. List all aliases: N.A

   C. Prisoner identification number: 20130302225

   D. Place of present confinement: Cook County Jail

   E. Address: P.O. Box, 089002 Chicago, IL. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Tom Dart
      Title: Cook County chief Sheriff
      Place of Employment: Cook County Department of corrections

   B. Defendant: C.O. Chavez
      Title: Correctional officer
      Place of Employment: Cook County Department of Corrections

   C. Defendant: C.O. DoDovich
      Title: Correctional officer
      Place of Employment: Cook County Department of corrections

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D.) Defendant: ~~~~ C.O. Voigit
   Title: correctional officer
   Place of Employment: Cook County Department of corrections

E.) Defendant: C.O. Orona
   Title: correctional officer
   Place of Employment: Cook County Department of corrections

F.) Defendant: ~~~~ C.O. Krezminski
   Title: correctional officer
   Place of Employment: Cook County Department of corrections

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Simmons v. Dart 17c00946

B. Approximate date of filing lawsuit: 2-3-2017

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:

D. List all defendants: C.O. Shaw, C.O. Valdez, Nurse Humphries, County of Cook, Tom Dart was Terminated 2-23-17

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

F. Name of judge to whom case was assigned: Judge Robert W. Gettleman

G. Basic claim made: Denied medical attention

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Case was dismissed

I. Approximate date of disposition: 9-20-17

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

A. Name of case and docket number: Simmons v. Dart 17C8334
B. Approximate date of filing: 12-11-17
C. List any co-plaintiffs: None
D. List all defendants: C.O. Silvia, C.O. Gonzalez, C.O. Tokarz, Tom Dart ~~dismissed~~ dismissed
E. Court lawsuit was filed: Northern District of Illinois
F. Name of Judge assigned to the case: Judge Robert W. Gettleman
G. Basic claim made: Use of excessive force
H. Disposition of case: Still pending
I. Date of disposition: Still pending

A. Name of case: A. Simmons v. Dart 17-8208

B. Approximate date of filing lawsuit: 12-11-17

C. list any co-plaintiffs: None

D. list all Defendants: Sgt Sierra, C.O. Kruzel, Tom Dart dismissed

E. court lawsuit was filed: Northern District of Illinois

F. Name of Judge assigned to the case: Judge Robert W. Gettleman

G. Basic claim made: unconstitutional living conditions.

H. Disposition of case: still Pending

I. Date of disposition: ~~still~~ still pending

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 12-8-17 between the hours of 11:30 A.M. and 12:00 p.m. in Cook County Jail, Div-9-Unit 1F, cell 1030, C.O.'s Chavez, DoDovich, Vorgit, Orona, and Krczminski was assigned to work the living unit and as morning medications came I asked officer Orona for my psyche medication and he told me my name wasn't on the list. At this time I started banging on my door demanding my medications when C.O. Chavez came to my door and told me since I want to act tough do something when he open my door. Suddenly C.O.'s Chavez, DoDovich, Vorgit, Orona, and Krczminski came to my cell and opened my door without opening my chuck hole to place the cuffs on me, they were clearly provoking me to engage in a psyical confrontation. As the officers opened my door I had an altercation with C.O. Chavez to the point where I jumped at him and he punched me in my mouth. At this time I immediately fell to the ground and tried to protect my face. From what I could see, all the listed officers

4

to part in the role of repeatedly punching, kicking, and pulling my hair which several of my locks were ripped from my scalp. All of my allegations are on camera and is true to the best of my knowledge. At times I fear for my life of the excessive force that is engaged by the officers of cook county jail, I've been badly beaten on more than 1 occasion and on this occasion I suffered swollen busted lips, brusies all over my body, and excessive swelling around my face.

V.   **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Pain & suffering, compensation, ~~_____~~, possible loss of Defendants place of employment.

VI.  The plaintiff demands that the case be tried by a jury.  ☑ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  12  day of  21 , 20 17

_Akeem Simmons_
(Signature of plaintiff or plaintiffs)

Akeem Simmons
(Print name)

20130302225
(I.D. Number)

P.O. Box, 089002 Chicago, IL. 60608
(Address)

Akeem Simmons
P.O. Box, 089002
Chicago, IL. 60608



2018 JAN 11 AM 8:27

1:18-cv-00237
Judge Robert W. Gettleman
Magistrate Judge Sidney I. Schenkier
PC6

U.S. District Court
219 S. Dearborn street
Chicago, IL. 60604

01/11/2018-19